Joseph G. Went, Esq. (NV Bar #9220)
Sydney R. Gambee, Esq. (NV Bar #14201)
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Telephone: 702-669-4630
jgwent@hollandhart.com
srgambee@hollandhart.com

*Attorneys for Defendant*
*Commercial Vehicle Group, Inc.*

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SERAPH CONSULTING, INC., a Nevada corporation,

Plaintiff,

vs.

COMMERCIAL VEHICLE GROUP, INC., a Delaware corporation; DOES 1 through 10; and ROE ENTITIES 1 through 10 inclusive.

Defendant.

**Case No.: 2:25-cv-01560-APG-NJK**

**STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

**(FIRST REQUEST)**

**RELATED ECF NO. 20**

Defendant Commercial Vehicle Group, Inc. ("CVG") and Plaintiff Seraph Consulting, Inc. ("Seraph") by and through counsel of record hereby stipulate and agree as follows:

1. On July 17, 2026 Seraph filed its motion for summary judgment ("Motion"). (ECF No. 20).

2. CVG's response in opposition to the Motion is currently due on August 7, 2026, with Seraph's reply in support of the Motion due August 21, 2026.

3. Due to conflicts of CVG's counsel in other matters (including depositions and hearing set on shortened time during the opposition timeframe), and to allow for adequate time for client review, the parties have agreed to extend the deadline for CVG to file a response in opposition to the Motion from August 7, 2026 to August 21, 2026.

4. The parties have accordingly also agreed to extend the deadline for Seraph's Reply in support of the Motion from August 21, 2026 to September 9, 2026.

5. This is the first request for an extension made by CVG. This request is made in good faith and not for the purposes of delay.

IT IS SO STIPULATED

Dated this 10th day of August 2007

**HOLLAND & HART LLP**

*/s/ Sydney R. Gambee*
Joseph G. Went, Esq. (NV Bar 9220)
Sydney R. Gambee, Esq. (NV Bar 14201)
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

*Attorneys for Defendant Commercial Vehicle Group, Inc.*

**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**

*/s/ D. Chris Albright*
D. Chris Albright, Esq. (NV Bar 004904)
Daniel R. Ormsby, Esq. (NV Bar 014595)
801 South Rancho Drive, Suite D-4
Las Vegas, Nevada 89106

*Attorneys for Plaintiff*

**ORDER**

**IT IS SO ORDERED.**

United States District Court Judge

Dated: August 17, 2026