**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SERAPH CONSULTING, INC.,<br>Plaintiff,<br>v.<br>COMMERCIAL VEHICLE GROUP, INC.,<br>Defendant | Case No.: 2:25-cv-01560-APG-NJK<br>**Order Granting Stipulation, Awarding Prejudgment Interest, and Directing Entry of Judgment**<br>[ECF No. 27] |

I previously granted summary judgment to Seraph Consulting, Inc. on its claim that Commercial Vehicle Group, Inc. (CVG) owes Seraph $1,925,315.60. ECF No. 26. I ordered the parties to attempt to agree on the amount of prejudgment interest Seraph was owed. The parties now stipulate to a prejudgment interest amount of $619,369.90 through November 16, 2026, plus $1,202.66 interest accruing each day thereafter. ECF No. 27.

I THEREFORE ORDER that the parties' stipulation **(ECF No. 27) is granted**. Seraph Consulting, Inc. is entitled to judgment against Commercial Vehicle Group, Inc. in the amount of **$2,554,306.78** ($1,925,315.60 + $619,369.90 + $9,621.28). Post-judgment interest will accrue as provided in 28 U.S.C. § 1961.

I FURTHER ORDER the clerk of court to enter judgment accordingly and to close this case.

DATED this 24th day of November, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE